EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|--------|--------|
| Luis A. Alvarado Hernández | 2020 TSPR 50 |
| | 204 DPR _____ |

Número del Caso: TS-15,105

Fecha: 18 de junio de 2020

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Luis A. Alvarado Hernández          TS-15,105

RESOLUCIÓN

En San Juan, Puerto Rico, a 18 de junio de 2020.

Examinada la *Moción en cumplimiento de orden* presentada por el peticionario, se reinstala al abogado Luis A. Alvarado Hernández al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo